## Bradybaugh v. Taylor, Appellant.

Argued March 19, 1971. *John W. Blasko,* with him *McQuaide, Blasko, Brown and Geiser, Frank Lawley,* Deputy Attorney General, and *J. Shane*

*Creamer,* Attorney General, for appellant; ***Thomas J. Gravina,*** with him *Joseph E. Favuzza,* and *Margiotti & Casey,* for appellee.

Judgment affirmed.

HOFFMAN, J., absent.